UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV16-07735 JAK (PJWx) | Date | December 12, 2016 |
|---|---|---|---|
| Title | Kenneth D. Malamed v. First Western Capital Management Company | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Kent B. Goss | Sarah L. Hartley |
| Marshall B. Grossman | |

**Proceedings:** **DEFENDANT'S MOTION TO DISMISS OR TRANSFER (DKT. 9)**

**PLAINTIFF'S MOTION TO REMAND (DKT. 12)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court discloses the extent of its relationship with Mr. Grossman, which it believes is not a basis for a recusal. There is no objection by defense counsel to the Court remaining as the bench officer.

The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Remand (the "Plaintiff's Motion"), which would make the Defendant's Motion to Dismiss or Transfer (the "Defendant's Motion") and Scheduling Conference moot. Counsel address the Court. The Court takes the Plaintiff's Motion, Defendant's Motion, and Scheduling Conference UNDER SUBMISSION and an order will be issued.

**IT IS SO ORDERED.**

| | : | 30 |
|---|---|---|
| Initials of Preparer | ak | |